IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

    Plaintiff,

v.

JUDGE ALEXANDER WILLIAMS, JR., UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND,

    Defendant.

No. C 13-80053 MISC SI

**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

Order also to be filed in C 12-4187 EMC

In an order filed March 20, 2013, the Court conducted a pre-filing review of plaintiff's proposed complaint, concluded that the complaint was frivolous, and directed the Clerk of the Court not to accept the new complaint for filing. Plaintiff has appealed that order and has filed a motion to proceed *in forma pauperis* on appeal. Pursuant to Federal Rule of Appellate Procedure 24(a)(2), the Court DENIES that motion and certifies that the appeal is not taken in good faith. As set forth in the March 20, 2013 order, the proposed complaint suffers from the same types of factual and legal deficiencies as the previous frivolous lawsuits that led to the declaration of plaintiff as a vexatious litigant.

**IT IS SO ORDERED.**

Dated: April 15, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE